[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

TYSHON THOMPSON

_____,

**Plaintiff(s),**

vs.

PEOPLE OF THE STATE OF ILLINOIS

JUDGE VINCENT GAUGHAN ,

COOK COUNTY JAIL/SHERIFFS OFFICE

**Defendant(s).**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**RECEIVED**

MAR 25 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No.

1:22-cv-01562
Judge Gary Feinerman
Magistrate Judge M. David Weisman
RANDOM

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* pro se *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.    This is a claim for violation of plaintiff's civil rights as protected by the Constitution and

      laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.    The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.    Plaintiff's full name is  TYSHON PARNELL THOMPSON                                    .

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4.     Defendant, *JUDGE VINCENT GAUGHAN, COOK COUNTY JAIL, PEOPLE OF STATE OF* ___AND SHERIFF OFFICE___ *ILLINOIS*, is
                                        (name, badge number if known)

☒ an officer or official employed by ___THE PEOPLE OF THE STATE OF ILLINOIS___ ;
                                                    (department or agency of government)

_____ or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named*
*defendant and complete the information for each additional defendant on an extra sheet.*

5.     The municipality, township or county under whose authority defendant officer or official

acted is ___THE PEOPLE OF THE STATE OF ILLINOIS___. As to plaintiff's federal

constitutional claims, the municipality, township or county is a defendant only if

custom or policy allegations are made at paragraph 7 below.

6.     On or about ___03/27/2020___, at approximately ___6:00___ ☒ a.m. ☐ p.m.
                      (month, day, year)
plaintiff was present in the municipality (or unincorporated area) of ___THE COOK COUNTY___

___JAIL___, in the County of ___COOK___,

State of Illinois, at ___2700 SOUTH CALIFORNIA AVE, CHICAGO, IL 60608___,
                                    (identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that*
*applies)*:

☐     arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☒     searched plaintiff or his property without a warrant and without reasonable cause;

☐     used excessive force upon plaintiff;

☒     failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;

☐     failed to provide plaintiff with needed medical care;

☒     conspired together to violate one or more of plaintiff's civil rights;

☒     Other:
        ___VIOLATED PLAINTIFF'S RIGHTS PROTECTED BY UNITED STATES CONSTITUTION___

        ___AMENDMENTS II, IV, V, VI, VIII, IX, XI, XIV.___

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): DEFENDANT ACTED PURSUANT TO A CUSTOM KNOWN AS "ACCEPTED PRACTICE."

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

720 ILCS 5/24-1.6, AGGRAVATED UNLAWFUL USE OF A WEAPON

720 ILCS 5/24-1.2, AGGRAVATED DISCHARGE OF A FIREARM

_____

_____

_____

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☒ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows JURY WAS NOT INSTRUCTED ON THE LAW OF THE CONSTITUTION OF THE UNITED STATES AMENDMENT II.

☐ Other: _____.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

THE ACTIONS OF THE DEFENDANTS COMBINED PREJUDICED THE PLAINTIFF IN CRIMINAL CASE NUMBER 2020CR0515401 AS THE DEFENDANTS WORKED TOGETHER IN ORDER TO DEPRIVE THE PLAINTIFFS OF HIS CONSTITUTIONAL RIGHTS, AND TREAT AND PORTRAY HIM AS CRIMINAL. JUDGE VINCENT GAUGHAN ALLOWED FOR THE PLAINTIFF TO REMAIN INCARCERATED, WHICH VIOLATED DUE PROCESS AND PREVENTED HIM FROM EFFECTIVELY PREPARING A DEFENSE. GAUGHAN MADE SEVERAL PREJUDICIAL COMMENTS TOWARDS THE PLAINTIFF AND DURING TRIAL HE REFUSED TO INSTRUCT THE JURY ON CONSTITUTIONAL LAW. 720 ILCS 5/24-1.6 IS A DIRECT CONTRADICTION TO THE US CONSTITUTION, TRANSFORMING A RIGHT INTO A CRIME. GAUGHAN WAS BIASED AGAINST THE PLAINTIFF AND CONSPIRED TO LEAD HIM TO A ~~GUILTY~~ CONVICTION.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

DEFAMATION, VIOLATION OF CONSTITUTIONAL RIGHTS, LOST TIME, ANXIETY, LOST BUSINESS, LOST PANDEMIC RECOVERY, LOST INCOMES, BROKEN NOSE, FAMILY TIES, PERSONAL LIFE, HOME, LOANS, MISSED OPPORTUNITIES, CONVICTED OF AGGRAVATED UNLAWFUL USE OF A WEAPON

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Tyshon Thompson*

Plaintiff's name *(print clearly or type)*: TYSHON THOMPSON

Plaintiff's mailing address: 937 N. AUSTIN BLVD APT 2

City CHICAGO          State IL          ZIP 60651

Plaintiff's telephone number: (708) 735-1722 .

Plaintiff's email address *(if you prefer to be contacted by email)*:

thompson.tyshon@gmail.com

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]